**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6259**

_____

JAMES L. JACK,

                                        Plaintiff - Appellant,

        versus

A. DAVID ROBINSON, Warden; JANET TERRY, Law
Library    Coordinator;    SERGEANT    FRAME,
Correctional Officer,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  James R. Spencer, District
Judge.  (CA-00-830-3)

_____

Submitted:  May 16, 2002              Decided:  May 23, 2002

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

James L. Jack, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James L. Jack appeals the district court's order dismissing without prejudice his complaint alleging violations under 42 U.S.C.A. § 1983 (West Supp. 2001). The court dismissed Jack's complaint based on his failure to allege sufficient facts regarding the actual prejudice suffered as a result of his alleged denial of his constitutional right of access to the courts. Because Jack might proceed with this action by amending his complaint to provide the information specified by the district court, the dismissal order is not final and thus is not subject to appellate review. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2